# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL SANCHEZ, <br><br> Plaintiff, <br> against <br><br> NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al. <br><br> Defendants. | \_\_\_\_CV_____ <br><br> **DECLARATION OF ALLISON FRANKEL** |

I, Allison Frankel, being competent to make this declaration and having personal knowledge of the matters stated herein, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the Center for Appellate Litigation, which is counsel for Plaintiff Samuel Sanchez in this matter. I submit this declaration in support of Mr. Sanchez' request for an Order to Show Cause why Defendants should not be preliminarily enjoined from denying him the benefit of his medical parole release grant.

2. No previous application for this relief or similar relief has been made by Mr. Sanchez.

3. On April 18, 2019, I provided Defendants, through their counsel, with telephonic and/or email notice of the date, time, and place at which Mr. Sanchez and

counsel would appear to file his motion for a temporary restraining order and preliminary injunction, as well as provided Defendants, through their counsel, with copies of Mr. Sanchez' complaint and motion papers via email to: (i) the Office of the New York State Attorney General (via James Cooney, esq.), which represents New York State Department of Corrections and Community Supervision, acting Commissioner Anthony J. Annucci, New York State Department of Health, and Dr. Howard A. Zucker (collectively, "State Defendants"); (ii) the New York City Law Department, which represents the City of New York, Commissioner Steven Banks, and Administrator Joslyn Carter (collectively, "City Defendants"), and (iii) Gerard C. DeCusatis, who represents the Amsterdam Housing Authority and Chair Michael Dayian (collectively, "AHA Defendants").

4. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Sanchez' medical parole records from April 12, 2016 through December 11, 2018.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Mr. Sanchez' New York County SORA hearing, dated September 14, 2016, October 20, 2016, and December 1, 2016.

6. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Dr. Carl J. Koenigsmann to Samuel Sanchez, dated April 4, 2018.

7. Attached hereto as **Exhibit D** is a true and correct copy of Mr. Sanchez' November 2018 COMPAS Risk Assessment.

8. Attached hereto as **Exhibit E** is a true and correct copy of a Memorandum from Howard Lincks, dated March 21, 2018.

9. Attached hereto as **Exhibit F** is a true and correct copy of Mr. Sanchez' Parolee Chrono Report through December 4, 2018.

10. Attached hereto as **Exhibit G** is a true and correct copy of a reply letter submitted in Mr. Sanchez' SORA hearing, dated September 14, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Allison Frankel
Center for Appellate Litigation
120 Wall Street, 28th Floor
New York, NY 10005
212-577-2523, ext. 572
afrankel@cfal.org

Dated:     April 18, 2019
           New York, New York