

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

April 4, 2018

Samuel Sanchez, 91-A-5961
Coxsackie Correctional Facility/Coxsackie RMU
11260 Route 9W
P. O. Box 999
Coxsackie, NY 12051-0999

Dear Mr. Sanchez:

Acting Commissioner Annucci has asked me to respond to your letter regarding medical parole consideration.

Your case has been reviewed and approved for medical parole in March 2016. Department of Corrections and Community Supervision have not been able to find placement for you in the Community. Once placement is found and secured in the community you will be released on Medical Parole at that time.

Sincerely,

*Carl J. Koenigsmann*

Carl J. Koenigsmann, MD
Deputy Commissioner/Chief Medical Officer
Division of Health Services

CJK/SAH/acs

cc: Superintendent, Coxsackie Correctional Facility/Coxsackie RMU
Facility Health Services Director, Coxsackie Correctional Facility/Coxsackie RMU