# Risk Assessment

## PERSON

| | | |
|---|---|---|
| **Name:** SAMUEL SANCHEZ | **NYSID:** 04935660N | **DIN:** 91A5961 |
| **SSN:** | **Race:** Other | **Alternate ID:** |
| **Ethnicity:** Unknown | **True Name:** | |
| **Date of Birth:** ▮1962 | **Agency:** NYS DOCCS | |
| **Gender:** Male | **Location:** Coxsackie CF | |

## ASSESSMENT INFORMATION

| | | | |
|---|---|---|---|
| **Case Identifier:** 91A5961 | **Scale Set:** NY State Parole Risk (v. 3: Arrest, VFO, Absc) | **Screener:** Lewis, Jackie A | **Screening Date:** 11/21/2018 |

## SCREENING INFORMATION

| | |
|---|---|
| Marital Status: | Divorced |
| Prison Admission Status: | New Commitment |
| Prison Release Status: | First Parole this term/sentence |

## Current Offenses

Note to Screener: Throughout the assessment, scroll over questions to reveal help hyperlinks. Click on the hyperlinks for clarification of question and answer options.

- ☐ Homicide
- ☑ Robbery
- ☐ Drug Trafficking/Sales
- ☑ Sex Offense with Force
- ☑ Weapons
- ☐ Burglary
- ☐ Drug Possession/Use
- ☐ Sex Offense w/o Force
- ☐ Assault
- ☐ Property/Larceny
- ☐ DUI/OUIL
- ☐ Arson
- ☐ Fraud
- ☐ Other

1. Was this person on probation or parole at the time of the current offense?
   ☐ Probation ☑ Parole ☐ Both ☐ Neither

## Criminal History

Exclude the current case for these questions.

2. How many total times has this person had a criminal arrest and/or juvenile delinquency petition action prior to the current offense (count each arrest or petition date once, no matter the number of arrest charges or level, each time)?
   20

3. How many prior petitions or charges for a felony type violent action as a juvenile delinquent?
   ☑ 0 ☐ 1 ☐ 2+

Note to Screener: The following Criminal History Summary questions require you to add up the total

**number of specific types of offenses in the person's criminal history.** Count an offense type if it was among the charges or counts within an arrest event. Exclude the current case for the following questions.

4. How many times has this person been arrested for a felony property offense that includes an element of violence?
   ☐ 0  ☐ 1  ☑ 2  ☐ 3  ☐ 4  ☐ 5+

5. How many prior murder/voluntary manslaughter offense arrests as an adult?
   ☑ 0  ☐ 1  ☐ 2  ☐ 3+

6. How many prior felony assault offense (not murder, sex, or domestic violence) arrests as an adult?
   ☑ 0  ☐ 1  ☐ 2  ☐ 3+

7. How many prior misdemeanor assault offense (not sex or domestic violence) arrests as an adult?
   ☑ 0  ☐ 1  ☐ 2  ☐ 3+

8. How many prior family violence offense arrests as an adult?
   ☑ 0  ☐ 1  ☐ 2  ☐ 3+

9. How many prior sex offense (with force) arrests as an adult?
   ☐ 0  ☑ 1  ☐ 2  ☐ 3+

10. How many prior weapons offense arrests as an adult?
    ☑ 0  ☐ 1  ☐ 2  ☐ 3+

11. How many times has this person been sentenced to jail for 30 days or more?
    ☑ 0  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5+

12. How many times has this person been sentenced (new commitment) to state or federal prison?
    ☐ 0  ☑ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5+

13. How many times has this person been sentenced to probation as an adult?
    ☑ 0  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5+

**Include the current case** for the following question(s).

14. Has this person ever received Tier 2 or 3 disciplinary infractions for fighting/threatening other inmates or staff?
    ☑ No  ☐ Yes

15. What was the age of this person when he/she was first petitioned or arrested for a criminal offense as an adult or juvenile delinquent for the very first time?
    20

## Disciplinary History

16. Total # of Tier 3 infractions during in the last 24 months of incarceration:
    0

17. Total # of Tier 2 infractions in the last 24 months of incarceration:
    0

18. Total # of infractions in the past 24 months for:

| | |
|---|---|
| Assaults (involving physical injury) on staff | 0 |
| Assaults (involving physical injury) on inmates | 0 |
| Sexual Assault | 0 |
| Weapons | 0 |
| Fights | 0 |
| Drugs | 0 |
| Escape | 0 |
| Sexual Misconduct | 0 |
| Other | 0 |

19. Does this person appear to have notable disciplinary issues?
    ☐ No ☐ Yes ☑ Unsure

## Classification History

20. During this incarceration (for all active cases) was this person ever reclassified from a lower to a higher security classification level for reasons other than programming or medical needs?
    ☑ No ☐ Yes

    If answered yes to above (number of times for each):

| | |
|---|---|
| Minimum to Medium | 0 |
| Medium to Maximum | 0 |
| Minimum to Maximum | 0 |

## Family/Social Support

21. Anticipated family support upon release:

| | |
|---|---|
| Intends to stay with family when released | ○ No ● Yes ○ Unsure |
| Estranged from family | ● No ○ Yes ○ Unsure |
| Family members visited periodically during incarceration | ○ No ● Yes ○ Unsure |
| Inmate believes other relatives are supportive | ○ No ● Yes ○ Unsure |

22. Is there evidence of positive family support?
    ☐ No ☑ Yes ☐ Unsure

## Substance Use

23. Substance Abuse Background:

| | |
|---|---|
| Committed offenses while high/drunk | ○ No ○ Yes ● Unsure |
| Prior drug charges/convictions | ● No ○ Yes ○ Unsure |
| History of drug problems | ○ No ● Yes ○ Unsure |
| History of alcohol problems | ● No ○ Yes ○ Unsure |
| Prior treatments for drug/alcohol abuse | ○ No ● Yes ○ Unsure |
| Any history of failed drug/UA tests | ○ No ● Yes ○ Unsure |

24. Is this person at risk for substance abuse problems?
    ☐ No ☐ Yes ☑ Unsure

## Education

25. Did this person earn a high school diploma or GED?
    ☐ No ☑ Yes

26. Does this person have basic educational needs that need to be addressed?
    ☑ No ☐ Yes ☐ Unsure

## Work and Financial

27. Is this person job ready (skilled, semi-skilled, or professionally skilled)?
    ☑ No ☐ Yes ☐ Unsure

28. What are the current plans for employment?
    ☐ No employment plan

    ☐ Return to previous employer

    ☐ Has firm job offer (other than previous employer)

    ☐ Has employment assurance letter

    ☑ Unable to work or retired

    ☐ Other

31. Does this person currently have a skill, trade or profession at which they usually find work?
    ☑ No ☐ Yes

32. Right now, does this person feel they need more training in a new job or career skill?
    ☑ No ☐ Yes

33. Looking ahead to their release from prison, if this person were to get a good job, how would they rate their chance of being successful?
    ☑ Good ☐ Fair ☐ Poor

34. Thinking of their financial situation prior to this incarceration, how hard was it for the inmate to find a job ABOVE minimum wage compared to others?
    ☐ Easier ☑ Same ☐ Harder ☐ Much Harder

## Self Efficacy

35. Will it be difficult for you to find a steady job?
    ☐ No ☑ Yes ☐ Don't Know

36. Will money be a problem for you when released?
    ☑ No ☐ Yes ☐ Don't Know

    **How difficult will it be for you to...**

37. manage your money?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

38. keep a job once you have found one?
    ☐ Not Difficult ☐ Somewhat Difficult ☑ Very Difficult

39. have enough money to get by?
    ☐ Not Difficult ☐ Somewhat Difficult ☑ Very Difficult

40. find people that you can trust?
    ☐ Not Difficult ☑ Somewhat Difficult ☐ Very Difficult

41. find friends who will be a good influence on you?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

42. avoid risky situations?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

43. learn to control your temper?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

44. learn better skills to get a job?
    ☐ Not Difficult ☐ Somewhat Difficult ☑ Very Difficult

45. support yourself financially without using illegal ways to get money?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

46. get along with people?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

47. avoid spending too much time with people that could get you into trouble?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

48. avoid risky sexual behavior?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

49. keep control of yourself when other people make you mad?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

50. avoid slipping back into illegal activities?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

51. deal with loneliness?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

52. avoid places or situations that may get you into trouble?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

53. learn to be careful about choices you make?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

54. find people to do things with?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

55. learn to avoid saying things to people that you later regret?
    ☑ Not Difficult ☐ Somewhat Difficult ☐ Very Difficult

## Anger

**How do you feel about the following?**

56. I feel other people get more breaks than me.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

57. People have let me down or disappointed me.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

58. I like to be in control in most situations.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

59. I will argue to win with other people even over unimportant things.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

60. When I get angry, I say unkind or hurtful things to people.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

61. I feel that people are talking about me behind my back.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

62. I feel it is best to trust no one.
    ☐ Mostly Disagree ☑ Uncertain Don't Know ☐ Mostly Agree

63. I prefer to be the one who is in charge in my relationships with other people.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

64. I often lose my temper.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

65. I get angry at other people easily.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

66. I feel I have been mistreated by other people.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

67. I often feel that I have enemies that are out to hurt me in some way.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

68. When dealing with new people, I quickly figure out whether they are strong or weak.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

69. I often feel a lot of anger inside myself.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

70. I feel that life has given me a raw deal.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

71. When people are being nice, I worry about what they really want.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

72. When other people tell me what to do I get angry.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

73. I notice that other people seem afraid of me.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

74. I often get angry quickly, but then get over it quickly.
    ☑ Mostly Disagree ☐ Uncertain Don't Know ☐ Mostly Agree

# Risk Assessment

## PERSON

| | | |
|---|---|---|
| **Name:** SAMUEL SANCHEZ | **NYSID:** 04935660N | **DIN:** 91A5961 |
| **SSN:** | **Race:** Other | **Alternate ID:** |
| **Ethnicity:** Unknown | **True Name:** | |
| **Date of Birth:** /1962 | **Agency:** NYS DOCCS | |
| **Gender:** Male | **Location:** Coxsackie CF | |

## ASSESSMENT INFORMATION

| | | | |
|---|---|---|---|
| **Case Identifier:** 91A5961 | **Scale Set:** NY State Parole Risk (v. 3: Arrest, VFO, Absc) | **Screener:** Lewis, Jackie A | **Screening Date:** 11/21/2018 |

## SCREENING INFORMATION

| | |
|---|---|
| Marital Status: | Divorced |
| Prison Admission Status: | New Commitment |
| Prison Release Status: | First Parole this term/sentence |

## Criminogenic Need Scales

**New York**
- Risk of Felony Violence: 1 Low
- Arrest Risk: 1 Low
- Abscond Risk: 1 Low

**Criminal Involvement**
- Criminal Involvement: 3 Low
- History of Violence: 6 Medium
- Prison Misconduct: 5 Low

**Relationships/Lifestyle**
- ReEntry Substance Abuse: 3 Probable

**Personality/Attitudes**
- Negative Social Cognitions: 1 Unlikely
- Low Self-Efficacy/Optimism: 5 Unlikely

**Family**
- Low Family Support: 1 Unlikely

**Social Exclusion**
- ReEntry Financial: 5 Unlikely
- ReEntry Employment Expectations: 8 Highly Probable

# Supervision Recommendation

## PERSON

| | | |
|---|---|---|
| **Name:** SAMUEL SANCHEZ | **NYSID:** 04935660N | **DIN:** 91A5961 |
| **SSN:** | **Race:** Other | **Alternate ID:** |
| **Ethnicity:** Unknown | **True Name:** | |
| **Date of Birth:** ▓/1962 | **Agency:** NYS DOCCS | |
| **Gender:** Male | **Location:** Coxsackie CF | |

## ASSESSMENT INFORMATION

| | | | |
|---|---|---|---|
| **Case Identifier:** 91A5961 | **Scale Set:** NY State Parole Risk (v. 3: Arrest, VFO, Absc) | **Screener:** Lewis, Jackie A | **Screening Date:** 11/21/2018 |

## SCREENING INFORMATION

| | |
|---|---|
| Marital Status: | Divorced |
| Prison Admission Status: | New Commitment |
| Prison Release Status: | First Parole this term/sentence |

## RECOMMENDED SUPERVISION LEVEL

| | |
|---|---|
| **Resulting Risk Level:** | |
| Supervision Status 4 | |
| **Screener Recommended Supervision:** | |
| **Actual Recommended Supervision:** | |
| **Start Date:** | **Next Review Date:** |
| **Comments:** | |

# Assessment Narrative

## PERSON

| | | |
|---|---|---|
| **Name:** SAMUEL SANCHEZ | **NYSID:** 04935660N | **DIN:** 91A5961 |
| **SSN:** | **Race:** Other | **Alternate ID:** |
| **Ethnicity:** Unknown | **True Name:** | |
| **Date of Birth:** ▇/1962 | **Agency:** NYS DOCCS | |
| **Gender:** Male | **Location:** Coxsackie CF | |

## ASSESSMENT INFORMATION

| | | | |
|---|---|---|---|
| **Case Identifier:** 91A5961 | **Scale Set:** NY State Parole Risk (v. 3: Arrest, VFO, Absc) | **Screener:** Lewis, Jackie A | **Screening Date:** 11/21/2018 |

## SCREENING INFORMATION

| | |
|---|---|
| Marital Status: | Divorced |
| Prison Admission Status: | New Commitment |
| Prison Release Status: | First Parole this term/sentence |

## ASSESSMENT RISK PROBABILITY & SUMMARY

### Assessment Risk Probability & Summary

Violence: N/A                                COMPAS Recommended Supervision: Supervision Status 4
Recidivism: N/A                              Screener: Jackie Lewis
Pretrial Release Risk: N/A                   Marital Status: Divorced
Custody Status: N/A                          Legal Status: N/A
Defensiveness Scale: No Potential Faking Concern    Random Response: No Inconsistent Response Concern

### Supervision Recommendation

Screener's Recommended Supervision: N/A      Override Reason: N/A
Actual Recommended Supervision: N/A          Override Reason: N/A

### Client Strengths

Age 30 or Greater
High School Graduate or GED

### Client Interests

## CURRENT CHARGE AND CRIMINAL HISTORY SUMMARY

## Current Offense Summary

Offense category(s): Sex Offense with Force, Weapons, Robbery

Was this person on probation or parole at the time of the current offense? Parole

## Current History Summary

How many total times has this person had a criminal arrest and/or juvenile delinquency petition action prior to the current offense (count each arrest or petition date once, no matter the number of arrest charges or level, each time)? 20

How many prior petitions or charges for a felony type violent action as a juvenile delinquent? 0

How many times has this person been arrested for a felony property offense that includes an element of violence? 2

How many prior murder/voluntary manslaughter offense arrests as an adult? 0

How many prior felony assault offense (not murder, sex, or domestic violence) arrests as an adult? 0

How many prior misdemeanor assault offense (not sex or domestic violence) arrests as an adult? 0

How many prior weapons offense arrests as an adult? 0

How many prior family violence offense arrests as an adult? 0

How many prior sex offense (with force) arrests as an adult? 1

What was the age of this person when he/she was first petitioned or arrested for a criminal offense as an adult or juvenile delinquent for the very first time?  20

## Institutional History

How many times has this person been sentenced to probation as an adult? 0

# CRIMINOGENIC NEEDS NARRATIVE SUMMARY

**Comments:**

There are currently no comments on this narrative.

## Negative Social Cognitions

### Negative Social Cognitions Scale Score: Unlikely

Mr. SAMUEL SANCHEZ's scale score indicates that he is unlikely to have a negative or mistrusting view of social interactions or relationships.

### Negative Social Cognitions Statement:

Mr. SAMUEL SANCHEZ indicated that it would not be difficult to learn to control his temper. He indicated that it would not be difficult to keep control of himself when other people make him mad. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that he feels that other people get more breaks than him. He reported that he mostly disagrees that people have let him down or disappointed him. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that he likes to be in control in most situations. He reported that he mostly disagrees that he will argue to win with other people even over unimportant things. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that when angry, he says unkind or hurtful things to people. He reported that he mostly disagrees that people are talking about him behind his back. Mr. SAMUEL SANCHEZ reported that he is uncertain or doesn't know whether he feels it is best to trust no one. He reported that he mostly disagrees that he prefers to be the one who is in charge in his relationships with other people. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that he often loses his temper. He reported that he mostly disagrees that he gets angry at other people easily. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that he feels that he has been mistreated by other people. He reported that he mostly disagrees that he feels that he has enemies that are out to hurt him in some way. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that when dealing with new people he quickly figures out whether they are strong or weak. He reported that he mostly disagrees that he often feels a lot of anger inside himself. Mr. SAMUEL SANCHEZ reported that he mostly disagrees he feels that life has given him a raw deal. He reported that he mostly disagrees that when people are being nice, he worries about what they really want. Mr. SAMUEL SANCHEZ reported that he mostly disagrees that when other people tell him what to do, he gets angry. He reported that he mostly disagrees that other people seem afraid of him. Mr. SAMUEL SANCHEZ reported that he mostly disagrees he often gets angry, but then he gets over it quickly.

### Negative Social Cognitions Treatment Implications:

Scores of 7 and above may suggest a need for cognitive restructuring intervention as part of the case management plan. A high score on this scale may also indicate the need for close supervision of the case. For very high scoring cases cognitive interventions, coupled with substance abuse treatment (for example), may best begin in a controlled setting that is separated from all of the community/peer distractions. This might be sequenced prior to other community placement/probation program conditions.

**Comments:**

There are currently no comments on this narrative.

## Low Self-Efficacy/Optimism

### Low Self-Efficacy/Optimism Scale Score: Unlikely

Mr. SAMUEL SANCHEZ's scale score suggests that he is unlikely to have low self-efficacy in his ability to deal with the various challenges of reentering the community.

### Low Self-Efficacy/Optimism Statement:

Mr. SAMUEL SANCHEZ indicated that it would not be difficult to manage his money. He indicated that it would be somewhat difficult to find people that he can trust. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to find friends who will be a good influence on him. He indicated that it would not be difficult to avoid risky situations. Mr. SAMUEL SANCHEZ indicated that it would be very difficult to learn better skills to get a job. He indicated that it would not be difficult to support himself financially without using illegal ways to get money. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to get along with people. He indicated that it would not be difficult to avoid spending too much time with people that could get him into trouble. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to avoid risky sexual behavior. He indicated that it would not be difficult to avoid slipping back into illegal activities. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to deal with loneliness. He indicated that it would not be difficult to avoid places or situations that may get him into trouble. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to learn to be careful about choices he makes. He indicated that it would not be difficult to find people to do things with. Mr. SAMUEL SANCHEZ indicated that it would not be difficult to learn to avoid saying things to people that he later regrets.

### Low Self-Efficacy/Optimism Treatment Implications:

Persons who lack such optimism or self-efficacy appear less likely to be able to cope successfully with various challenges of re-entry. Treatment implications would focus primarily upon building skills, confidence and optimism on the part of the re-entry client. Thus, skill-building as well as cognitive interventions would be implied.

### Comments:

There are currently no comments on this narrative.

## Low Family Support

### Low Family Support Scale Score: Unlikely

Mr. SAMUEL SANCHEZ's Family Support Scale score suggests that he has supportive family. Mr. SAMUEL SANCHEZ should be encouraged to draw on this strength to meet expectations and to stay out of trouble.

### Low Family Support Statement:

Mr. SAMUEL SANCHEZ indicated that he intends to stay with family when released. He indicated that he is not estranged from family. Mr. SAMUEL SANCHEZ indicated that family members did visit him periodically during his incarceration. He indicated that he believes that other relatives are supportive. There appears to be evidence of family support.

### Low Family Support Treatment Implications:

The case management strategy may be to see if family bonds can be strengthened or reestablished, if appropriate.

### Comments:

There are currently no comments on this narrative.

problems upon release.

### Reentry Financial Treatment Implications:

Scores of probable or highly probable typically suggest a need to address the inmates financial plans prior to release. Developing a realistic budget and money management skills as well as employability skills and a job seeking plan may be addressed either prior to and after release.

### Comments:

There are currently no comments on this narrative.

## ReEntry Employment Expectations

### Reentry Employment Expectations Scale Score: Highly Probable

Mr. SAMUEL SANCHEZ's scale score suggests a lack of educational and vocational resources and that vocational/employability skills training and/or educational services may be warranted. Help may be required in both job-seeking and job-retention skills. Attitudes about work may also be a focus of cognitive treatment.

### Reentry Employment Expectations Statement:

Mr. SAMUEL SANCHEZ reported completing his high school diploma or GED. It appeared to the assessor that Mr. SAMUEL SANCHEZ is not job ready (skilled, semi-skilled, or professionally skilled). Mr. SAMUEL SANCHEZ indicated being unable to work or was retired and it was unclear whether he would face employability problems upon release.

Mr. SAMUEL SANCHEZ reported feeling it will be difficult to find a steady job. He thought it would be very difficult to learn better skills to get a job. SAMUEL thought that would be very difficult to keep a job once he has found one and reported that it will be somewhat difficult to find a job that pays more than minimum wage.

### Reentry Employment Expectations Treatment Implications:

Probable or highly probable scores suggest that vocational, employability and/or educational skills training may be helpful either prior to or upon release. This might include job seeking, job maintenance skill or other specific job skills.

### Comments:

There are currently no comments on this narrative.