

**CORIZON**
HEALTH

To whom it may concern

From: Howard J. Lincks, L.M.S.W., and C.C.H.P.

Date: 3/21/18

Re: Samuel Sanchez 91A5961

Samuel Sanchez 91 A 5961 was transferred to the Coxsackie Regional Medical Unit on 10/10/17 and I have worked closely with him since that time in my capacity as Social Services/Discharge facilitator. Although Mr. Sanchez is long past his release date has been quite patient worked hard to maintain a positive attitude. In my numerous interactions with him I have found him to be respectful and understanding dealing with what must be a very frustrating delay in his release from incarceration.

If you have any questions call me at the number below.

*Howard Lincks*

Howard Lincks, LMSW CCHP

Social Services Dept.

Coxsackie Correctional Facility
Regional Medical Unit
Route 9W Box 200
Coxsackie, NY 12051
Phone: **518-731-2781 ext** ▇▇
Fax: 518-731-2208
▇▇▇▇▇▇▇@▇▇▇▇▇▇.com

Page 1