Case 1:19-cv-03567-LGS   Document 9-6   Filed 04/24/19   Page 1 of 23

```
 NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
 NYSID: 04935660N                          SPO NAME: KENNEDY,JACQUELINE
 DIN: 91A5961                               PO NAME: FITZPATRICK,PAUL
```

DATE _____ TIME __ TYPE _____ ACTIVITY _____ LOCATION ____

ENTERED BY: FITZPATRICK,PAUL J
11/30/2018 03:00PM LETTER TO OTHER
EMAIL T ORC ASKING IF SUBJECT HAS SUBMITTED ANY NEW RESIDENCES TO INVESTIGATE,
OR OTHER INFORMATION ABOUT POTENTIAL RESIDENCES.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
11/30/2018 02:30PM LETTER TO OTHER
EMAIL TO RE ENTRY SERVOCES ASKING FOR SARA COMPLIANT HOUSING RESOURCES.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY:
11/22/2018 04:00AM COMPAS ASM'T COMPLETED
SCREENER: LEWIS, JACKIE
LOCATION: COXSACKIE CF
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: PICHARDO,AIDA
11/08/2018 03:00PM RE-ENTRY SERVICES UNIT     RSU-OTHER
AREM PICHARDO SUBMITTED FOUR SKILLED NURSING FACILITY IN MANHATTAN FOR AREM DOR
SEY TO CONDUCT A CIRIS WEB CHECK.
1- AMSTERDAM NURSING HOME LOCATED AT 1060 AMSTERDAM AVE, NEW YORK NY.
2- VIP PRIVATE CARE LOCATED AT 116 WEST 23 STREET, NEW YORK NY.
3- UPPER EAST SIDE REHABILITATION AND NURSING HOME CENTER LOCATED AT 211 E 79
STREET, NEW YORK, NY.
4- HENRY J CARTER SPECIALTY HOSPITAL LOCATED AT 1752 PARK AVE, NEW YORK, NY.
CITY WEB CHECK CONDUCTED BY REM DORSEY ON THE ADDRESSES ABOVE. THERE ARE SCHOOL
S WITHIN A 1000FT. THEY ARE NOT SARA COMPLIANT RESIDENCES.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
11/08/2018 09:37AM RE-ENTRY SERVICES UNIT     RSU-HOUSING
                                              RSU-MEDICAL
REM DORSEY REQUESTED ARM PICHARDO ASSIST FACILITY WITH LOCATING APPROPRIATE
NURSING HOME FOR SUBJECT. ARM PICHARDO WILL KEEP REM UPDATED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
11/07/2018 04:30PM RE-ENTRY SERVICES UNIT     RSU-HOUSING
RECEIVED PRI AND CMS WITH A ROI FOR SUBJECT.DOCUMENTS FORWARDED TO LYNN
CORTELLA OF CENTERS HEALTHCARE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: KENNEDY,JACQUELINE E
11/07/2018 11:00AM SUPV STANDARDS CONFERENCE
CC WITH PO FITZPATRICK
CASE IN COMMUNITY PREP STATUS.
PO TO UTILIZE ORC, RE-ENTRY AND OTHER SERVICES TO FIND SUITABLE RESIDENCY
THAT IS SARA COMPLIANT.
SPO REVIEW: 11/07/2018
--------------------------------------------------------------------------------

Case 1:19-cv-03567-LGS   Document 9-6   Filed 04/24/19   Page 2 of 23

```
NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
NYSID: 04935660N                           SPO NAME: KENNEDY,JACQUELINE
 DIN: 91A5961                               PO NAME: FITZPATRICK,PAUL
```

DATE _____ TIME ___ TYPE _____ ACTIVITY _____ LOCATION _____

ENTERED BY: DORSEY,STACEY
11/07/2018 08:24AM RE-ENTRY SERVICES UNIT      RSU-MEDICAL
                                               RSU-HOUSING
RECEIVED NOTICE THAT SUBJECT IS RELEASING TO MANHATTAN REGION AND REQUIRES
NURSING HOME OR WHEELCHAIR ACCESSIBLE ASSISTED LIVING SARA COMPLIANT RESIDENCE.
REENTRY  REQUESTED PRI AND CMS FROM FACILITY ORC TO ASSIST WITH TRYING TO FIND
AN APPROPRIATE RESIDENCE.
SPO REVIEW: 11/07/2018
------------------------------------------------------------------------------
ENTERED BY: KENNEDY,JACQUELINE E
10/24/2018 11:30AM SUPV STANDARDS CONFERENCE
CC WITH PO FITZPATRICK
CASE IN COMMUNITY PREP STATUS.
PO TO UTILIZE ORC, RE-ENTRY AND OTHER SERVICES TO FIND SUITABLE RESIDENCY
THAT IS SARA COMPLIANT.
SPO REVIEW: 10/30/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
10/12/2018 08:45AM LETTER FROM OTHER
EMAIL BACK FROM RE ENTRY REPORTING THAT RE ENTRY DOES NOTHAVE SARA HOUSING RESO
URCES AT THIS TIME
SPO REVIEW: 10/24/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
10/11/2018 03:30PM LETTER TO OTHER
EMAILTO RE ENTRY SERVICES ASKING FOR SARA COMPLIANT HOUSING OPTIONS.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: KENNEDY,JACQUELINE E
09/14/2018 11:55AM SUPV STANDARDS CONFERENCE
PO FITZPATRICK SPO KENNEDY
COMMUNITY PREP. PO TO UTILIZE RE-ENTRY SERVIES AND ORC TO FIND SUITABLE
HOUSING FOR P.
SPO REVIEW: 09/19/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
09/12/2018 01:15PM LETTER FROM OTHER
EMAIL BACK FROM RE ENTRY SERVICES REPORTING THAT THERE ARE NO SARA COMPLIANT HO
USING RESOURCES AT THIS TIME.
SPO REVIEW: 09/14/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
09/11/2018 10:00PM LETTER TO OTHER
EMAIL TO RE ENTRY SERVICES REQUESTING SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
08/28/2018 07:30PM LETTER FROM OTHER          LAW ENFORCEMENT
EMAIL BACK FROM ORC LWEIS REPORTING THAT THERE ARE NO NEW RESIDENCES PRPOSED BY
 P, AND NO NEW DEVELOPMENST
SPO REVIEW: NONE
------------------------------------------------------------------------------

```
                      COMMUNITY SUPERVISION                    PAGE:     3
                       PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 12/04/2018


   NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
   NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                             PO NAME: FITZPATRICK,PAUL


DATE      TIME   TYPE                          ACTIVITY         LOCATION


ENTERED BY: KENNEDY,JACQUELINE E
REPORT TAKEN BY: KENNEDY,JACQUELINE
08/23/2018 08:00PM SUPV STANDARDS CONFERENCE
CONTACT ADDRESS: 314 W. 40TH
CONFERENCE DETAIL: SPO KENNEDY AND PO FITZPATRICK
COMMUNITY PREP INVESTIGATION TO CONTINUE FOR SUITABLE RESIDENCE.

ACTION PLAN: PO TO UTILIZE RE-ENTRY SERVICES.
SPO REVIEW: 08/31/2018
-----------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
08/23/2018 06:00PM LETTER TO OTHER        LAW ENFORCEMENT
EMAIL TO ORC LEWIS ASKING IF P HAS ANY NEW RESIDENCES TO PROPOSE OR OTHER DEVEL
OPMENST
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: RAMIREZ,ANGIE     PO NAME: FITZPATRICK,PAUL
07/17/2018 04:45PM LETTER FROM OTHER        LAW ENFORCEMENT
EMAIL BACK FROM ORC LEWIS.  P DOES NOT HAVE ANY ADDDRESSES TO PRPOSE AT THIS T
IME
SPO REVIEW: 07/26/2018
-----------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: RAMIREZ,ANGIE     PO NAME: FITZPATRICK,PAUL
07/16/2018 09:30AM LETTER TO OTHER        LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
-----------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: RAMIREZ,ANGIE     PO NAME: FITZPATRICK,PAUL
07/16/2018 09:15AM LETTER TO OTHER
EMAIL TO RE ENTRY SERVICES ASKING FOR SARA HOUSING OPTIONS
SPO REVIEW: 07/26/2018
-----------------------------------------------------------------------
ENTERED BY: RAMIREZ,ANGIE
AREA: MANHATTAN VI   SPO NAME: RAMIREZ,ANGIE     PO NAME: FITZPATRICK,PAUL
07/09/2018 09:00AM SUPV STANDARDS CONFERENCE
 MONITOR CP. UPSTATE ADDRESS.
SPO REVIEW: 07/26/2018
-----------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
06/30/2018 10:50AM SUPV STANDARDS CONFERENCE
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
SPO REVIEW: 06/30/2018
-----------------------------------------------------------------------
```

CMSCHRON * * * NEW YORK STATE DOCCS * * * DATE: 12/04/2018
COMMUNITY SUPERVISION                              PAGE:      4
PAROLEE CHRONO REPORT
FROM 01/01/1999 THRU 12/04/2018

```
 NAME: SANCHEZ,SAMUEL                      AREA: MANHATTAN VI
 NYSID: 04935660N                    SPO NAME: KENNEDY,JACQUELINE
 DIN: 91A5961                         PO NAME: FITZPATRICK,PAUL
```

DATE_____ TIME___ TYPE_____ACTIVITY_____LOCATION_____

```
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
05/22/2018 05:30PM LETTER FROM OTHER
EMAIL BACK FROM ORC REPORTING THAT THERE ARE NO NEW ADDRESSES PRPOSED AND NO OT
HER NEW INFORMATION.  EMAIL RECIVED ON 5/16
SPO REVIEW: 06/30/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
05/15/2018 07:30PM LETTER TO OTHER
EMAIL TO ORC ASKING FOR ANY NEW UPDATES ON P.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
05/15/2018 07:15PM LETTER TO OTHER
EMAIL TO RE ENTRY DORSEY REQUESTING SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
04/19/2018 09:20AM SUPV STANDARDS CONFERENCE              AREA OFFICE
CONTACT ADDRESS: 314 W. 40TH STREET NY NY
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW)
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
SPO REVIEW: 04/19/2018
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
04/13/2018 11:00AM LETTER FROM OTHER         LAW ENFORCEMENT
EMAIL BACK FROM ORC REPORTING THAT THERE ARE NO NEW ADDRESSES PROPOSED.  NO NE
W INFORMATION.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
04/12/2018 02:15PM LETTER TO OTHER           LAW ENFORCEMENT
EMAIL TO ORC AND SORC ASKING IF P HAS PRPOSED ANY NEW ADDRESSES, OR ANY OTHER N
EW DEVELOPMENTS
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
04/12/2018 02:00PM LETTER TO OTHER

EMAIL TO RE ENTRY SERVICES REQUESTING SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: NONE
------------------------------------------------------------------------------
```

```
  NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
  NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
  DIN: 91A5961                             PO NAME: FITZPATRICK,PAUL


 DATE      TIME   TYPE                     ACTIVITY        LOCATION
```

```
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
03/28/2018 07:00PM SUPV STANDARDS CONFERENCE
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW)
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
SPO REVIEW: 03/28/2018
---------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
03/26/2018 11:15AM LETTER FROM OTHER
EMAIL BACK FROM RE ENTRY SERVICES REPORTING THAT THEY DO NOT HAVE THE HOUSING R
ESOURCES AT THIS TIME
SPO REVIEW: 03/28/2018
---------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
03/16/2018 09:28AM RE-ENTRY SERVICES UNIT    RSU-HOUSING
REENTRY RECEIVED REQUEST FOR SARA COMPLIANT HOUSING FOR SUBJECT. AT THIS TIME
REENTRY DOES NOT HAVE RESOURCES WHICH MEET REQUESTED CRITERIA. WILL NOTIFY WHEN
LOCATED.
SPO REVIEW: 03/28/2018
---------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
03/15/2018 07:45PM LETTER TO OTHER

EMAIL TO RE ENTRY SERVICES REQUESTING SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: 03/28/2018
---------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
03/09/2018 02:30PM OTHER WORK
F14
SPO REVIEW: 03/28/2018
---------------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
02/28/2018 10:00AM CASE CONFERENCE                    AREA OFFICE
CONTACT ADDRESS: MAN VI
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW)
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
PROPOSED RESIDENCE IN MONTGOMERY COUNTY WAS REJECTED;MUNICIPAL HOUSING
SPO REVIEW: 02/28/2018
---------------------------------------------------------------------------
```

NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                         PO NAME: FITZPATRICK,PAUL

DATE _____ TIME___ TYPE _____ ACTIVITY _____ LOCATION ___

ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
02/26/2018 04:00PM TELEPHONE TO OTHER              AREA OFFICE
CONTACT ADDRESS: MAN VI
 WRITER SPOKE W/COUSIN NILSA CASANOVA AND CONFIRMED SHE RESIDES IN SECTION 8
RESIDENCE THRU AMSTERDAM HOUSING AUTHORITY. ADDRESS REJECTED DUE TO SUBJECT'S
SEX OFFENDER STATUS
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
02/26/2018 03:30PM TELEPHONE TO OTHER        ADDRESS REJECTED  AREA OFFICE
CONTACT ADDRESS: MAN VI
AMSTERDAM HOUSING AUTHORITY ████████
-BASED ON THE PROPSED ADDRESS OF ███████████ STREET, AMSTERDAM NY BEING UNDER
HOUSING AUTHORITY AND INMATE BEING A REGISTERED SEX OFFENDER ADDRESS IS NOT
APPROVABLE AND REJECTED
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
01/30/2018 04:50PM CASE CONFERENCE
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW) VIA PHONE
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
NEW ADDRESS PROPOSED 1/25/18
SPO REVIEW: 01/30/2018
----------------------------------------------------------------------
ENTERED BY: PULLEN,BRIAN W
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
01/25/2018 09:30AM FACILITY INTERVIEW        ADDRESS PROPOSED  PRISON/JAIL
CONTACT ADDRESS: COXSACKIE CF
ADD PROP: ████████ ST, APT █ AMSTERDAM NY NILSA CASANOVA(COUSIN)
PHONE #:████████
EMP PROP:TO BE DEVELOPED
OTHER:REQUIRES SARA COMPLIANT RESIDENCE
SPO REVIEW: 01/26/2018
----------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
12/21/2017 06:20PM CASE CONFERENCE              AREA OFFICE
CONTACT ADDRESS: MAN VI
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW)
COMM PREP CASE;NO SARA COMPLIANT HOUSING AVAILABLE
PO CONTINUES TO CONTACT RE-ENTRY SERVICES FOR ASSISTANCE W/PLACEMENT
SPO REVIEW: 12/21/2017
----------------------------------------------------------------------

COMMUNITY SUPERVISION                PAGE:    7
PAROLEE CHRONO REPORT
FROM 01/01/1999 THRU 12/04/2018

NAME: SANCHEZ,SAMUEL                         AREA: MANHATTAN VI
NYSID: 04935660N                             SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                                 PO NAME: FITZPATRICK,PAUL

DATE      TIME    TYPE                        ACTIVITY        LOCATION

ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/21/2017 05:30PM LETTER FROM OTHER
EMAIL BACK FROM RE ENTRY SERVIES S. DORSEY REPORTING THAT RE ENTRY SERVICES DOE
S NOT HAVE SARA COMPLIANT HOUSING RESOURCES AT THIS TIME
SPO REVIEW: 12/21/2017
---------------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/20/2017 09:49AM RE-ENTRY SERVICES UNIT    RSU-HOUSING
PO REQUESTED ASSISTANCE LOCATING SARA COMPLIANT HOUSING FOR SUBJECT. AT THIS
TIME REENTRY DOES NOT HAVE RESIOURCES THAT MEET REQUESTED CRITERIA. WILL ADVISE
WHEN LOCATED.
SPO REVIEW: 12/21/2017
---------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:15PM LETTER TO OTHER
EMAIL TO SORC W. CLOSE ASKING IF THE CWI ENTRIES BELOW ARE VIABLE OPTIONS, PERH
APS P CAN BE INTERVIEWED TO INQUIRE
SPO REVIEW: NONE
---------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:00PM CIRIS WEB INQUIRY
RESIDENCE FOUND IN FPMS WITH ISABEL FIRGUEROA AT [REDACTED] STREET, VERNON.
 ADDRESS NOT FOUND, APPEARS TO BE NOT A VALID ADDRESS
SPO REVIEW: 02/26/2018
---------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:00PM CIRIS WEB INQUIRY
RESIDENCE FOUND IN FPMS WITH EDWARD AND NILSA CASANOVA AT [REDACTED] STREET, A
MSTERDAM.  APPEARS TO BE SARA COMPLAINT.  PO TO FOLLOW UP TO DETERMINE IF THIS
IS A VIABLE HOUSING OPTION
SPO REVIEW: 02/26/2018
---------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:00PM CIRIS WEB INQUIRY
RESIDENCE FOUND IN FPMS WITH JENNIFER BENEBE AT [REDACTED] STREET, OZONE PARK.
 APPEARS TO BE SARA COMPLIANT   PO TO FOLLOW UP TO DETERMINE IF THIS A CTUALLY
 A VIABLE HOUSING OPTION
SPO REVIEW: 02/26/2018
---------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:00PM CIRIS WEB INQUIRY
RESIDENCE FOUND IN FPMS WITH PAULA ABREY AT [REDACTED] STREET, BRENTWOOD.   AP
PEARS TO BE SARA COMPLIANT.  PO TO FOLOW UP TO DETERMINE IF THIS ACTUALLYA VIAB
LE HOUSING OPTION
SPO REVIEW: 02/26/2018
---------------------------------------------------------------------------------

NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
NYSID: 04935660N                         SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                              PO NAME: FITZPATRICK,PAUL

DATE ____ TIME ___ TYPE _____ ACTIVITY _____ LOCATION _____

ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 09:00PM CIRIS WEB INQUIRY
ADDRESS FOUND IN FPMS WITH REVEREND WILLIAM HODGETTS AT ▮▮▮▮▮▮▮ AVENUE, AMS
TERDAM.   APPEARS TO BE SARA COMPLAINT. PO TO FOLLOW UP TO INVESTIGATE WHETHE
RTHIS IS A VAILD HOUSING OPTION
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/19/2017 07:45PM LETTER TO OTHER
EMAIL TO RE ENTRY SERVICES S. DORSEY ASKING FOR SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/14/2017 09:00AM LETTER FROM OTHER        LAW ENFORCEMENT
EMAIL BACK FROM RE ENTRY DORSEY REPORTING THAT WARDS ISLAND AND ANY SHELTER CAN
NOT BE A PROPOSED RESIDENCE
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
12/11/2017 07:30PM LETTER TO OTHER        LAW ENFORCEMENT
EMAIL TO SORC W. CLOSE ASKING IF P OR HIS FAMILY HAVE PROPOSED ANY NEW SARA COM
PLIANT RESIDENCES FOR PO TO INVESTIGATE
SPO REVIEW: 02/26/2018
----------------------------------------------------------------------------
ENTERED BY: SCHWARZCASTILLO,JOSE R
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: SCHWARZ-CASTILLO,JOS
11/27/2017 03:00PM CASE CONFERENCE                    AREA OFFICE
CONTACT ADDRESS: MAN VI
SPO SCHWARZ W/PO FITZPATRICK. (SO CASELOAD REVIEW)
COMM PREP CASE;PO TO COORDINATE W/RE-ENTRY SERVICES FOR HOUSING AS CASE IS
INDETERMINATE SENTENCE AND MUST HAVE SARA COMPLIANT APPROVED RESIDENCE
SPO REVIEW: 11/27/2017
----------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
AREA: MANHATTAN VI   SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
11/15/2017 08:02AM RE-ENTRY SERVICES UNIT     RSU-HOUSING
PO REQUESTED SARA COMPLIANT HOUSING FOR SUBJECT. AT THIS TIME REENTRY DOES NOT
HAVE AN IDENTIFIED RESIDENCE THAT MEETS THIS CRITERIA. PO WILL BE NOTFIED WHEN
RESOURCE BECOMES AVAILABLE.
SPO REVIEW: 11/27/2017
----------------------------------------------------------------------------

Case 1:19-cv-03567-LGS  Document 9-6  Filed 04/24/19  Page 9 of 23

NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
NYSID: 04935660N                           SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                               PO NAME: FITZPATRICK,PAUL

DATE     TIME   TYPE                    ACTIVITY          LOCATION

ENTERED BY: OLIVER,YVONNE L
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
11/10/2017 12:30PM OTHER WORK
CONFERENCED WITH S. DORSEY, SUBJECT CANNOT BE REFERRED TO A SHELTER UNLESS HE I
S IN RTF STATUS AND IS REFERRED BY RE-ENTRY. OTHERWISE THE PO WILL CONTINUE T M
AKE EFFORTS TO FIND HOUSING IN THE COMMUNITY FOR THIS PAROLEE.
SPO REVIEW: 11/27/2017
--------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
11/10/2017 10:15AM LETTER FROM OTHER      LAW ENFORCEMENT
EMAIL FROM COXACKIE ORC.SORC REPORTING THAT P REMAINS AT THAT FACILITY RATHER T
HAN RTF DUE TO STILL SERVING TIME ON HIS SENTENCE NOT YET ELIGIBLE FOR PRS.
SPO REVIEW: 11/27/2017
--------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: SCHWARZ-CASTILLO,JOSPO NAME: FITZPATRICK,PAUL
11/10/2017 10:00AM LETTER TO OTHER        LAW ENFORCEMENT
EMAIL BACK TO COXACKIE SORC AND ORC REGARDING P'S MEDICAL NEEDS AND PLACEMENT I
N SHLTER.  IT IS UNCERTAIN AT THIS TIME WHY P WAS MOVED FROM FISHKILL RTF TO CO
XACKIE.  WARDS ISLAND KEENER BUILDING MAY BE APPRPORIATE FOR P TO ACCOMODATE H
IS WHEEL CHAIR AND OXYGEN NEEDS
SPO REVIEW: 02/26/2018
--------------------------------------------------------------------------
ENTERED BY: CLOSE,WILLIAM F
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
11/03/2017 08:30AM LETTER TO OTHER
RETURNED RESPONSE TO P.O. FITZPATRICK VIA EMAIL INFORMING HIM OF FACILITY
CONTACTS. SPOKE TO CORIZON HEALTH THIS MORNING-THEY REPORT P IS NOT SHELTER
SUITABLE-OXYGEN DEPENDENT IN WHEELCHAIR. CORIZON HEALTH HAS RECIEVED NO
RESPONSE FOR MEDICAL PLACEMENT REQUESTS.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
11/02/2017 02:30PM LETTER TO OTHER
 EMAIL TO COXACKIE SORC REQUESTING CONTACT INFORMATION OF THE APPROPRAITE ORC F
OR WRITER TO CONTACT FOR UPDATES, ETC.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
11/02/2017 02:30PM LETTER FROM OTHER
EMAIL FROM FISHKILL ORC REPORTING P HAS BEEN TRANSFERD TO COXACKIE.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
11/02/2017 01:15PM LETTER TO OTHER
EMAIL TO RE ENTRY SERVICES REQUESING ANY SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: NONE
--------------------------------------------------------------------------

CMSCHRON * * * NEW YORK STATE - DOCCS * * * DATE: 12/04/2018
COMMUNITY SUPERVISION                           PAGE:    10
PAROLEE CHRONO REPORT
FROM 01/01/1999 THRU 12/04/2018

NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
NYSID: 04935660N                          SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                              PO NAME: FITZPATRICK,PAUL

DATE      TIME    TYPE                      ACTIVITY        LOCATION
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
10/26/2017 02:30PM LETTER TO OTHER
EMAIL TO ORC LANDOL ASKING IF THE RESIDENCES FOUND ON FPMS ARE VIABLE FOR P.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: CLOSE,WILLIAM F
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
10/16/2017 01:00PM FACILITY INTERVIEW        FIELD ALERT!    PRISON/JAIL
CONTACT ADDRESS: COXSACKIE
P TRANSFERRED FROM FISHKILL RMU TO COXSACKIE RMU ON 10/10/17. SHELTER APPROVAL
IS PENDING FROM 8/2/17. SARA CONDITIONS APPLY. CR WAS 3/21/17.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
10/13/2017 03:46PM CASE CONFERENCE
CC: PO REPORTS THAT HE HAS BEGUN TO EXPLORE FPMS FOR HOUSING OPTIONS AND WILL
FOLLOW UP
SPO REVIEW: 10/13/2017
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
10/13/2017 01:15PM OTHER WORK
REVIEW OF FPMS IN SEARCH OF POSSIBLE HOUSING OPTIONS.    PAULA ABREY AT ███████
██████ STREET, BRENTWOOD,   JENNIFER BENABE AT ██████████ STREET, OZONE PARK,
█ EDWARD AND NILSA CASANOVA AT ███████████ STREET, AMSTERDAM,   ISABEL FIGUE
ROA AT ███████████ STREET, #██, VERNON,   REVEREND WILLIAM HODGETTS AT ████████
████ AVE , AMSTERDAM
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/28/2017 03:32PM CASE CONFERENCE
CC: P IN COMMUNITY PREP STATUS. PO WILL REVIEW FPMS FOLDER AND CMS. PO WILL
MAKE APPROPIATE ENTRIES IN CMS
SPO REVIEW: 09/28/2017
------------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/14/2017 04:01AM COMPAS ASM'T COMPLETED
SCREENER: LANDOL, JAMES
LOCATION: FISHKILL CF
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/13/2017 11:00AM COMPAS ASM'T COMPLETED    INTERVIEW/PRE-BO  PRISON/JAIL
CONTACT ADDRESS: FCF
MET WITH INMATE TO COMPLETE COMPAS ASM'T AND CONDUCT INTERVIEW FOR ISR.
SPO REVIEW: NONE
------------------------------------------------------------------------------

```
CMSCHRON* * *       NEW YORK STATE - DOCCS        * * *      DATE: 12/04/2018
                   COMMUNITY SUPERVISION                       PAGE:    11
                    PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 12/04/2018
```

```
  NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
  NYSID: 04935660N                         SPO NAME: KENNEDY,JACQUELINE
  DIN: 91A5961                              PO NAME: FITZPATRICK,PAUL
```

DATE ____ TIME __ TYPE_____ ACTIVITY _____ LOCATION ____

```
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/12/2017 04:45PM LETTER FROM OTHER
EMAIL FROM REENTRY DORSEY REPORTING NO KNOWN SARA COMPLIANT HOUSING AVAILABLE A
T THIS TIME
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: DORSEY,STACEY
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/11/2017 01:45PM RE-ENTRY SERVICES UNIT    RSU-HOUSING
WRITER WAS CONTACTED BY PO SEEKING SARA COMPLIANT RESIDENCES.AT THIS TIME
REENTRY DOES NOT HAVE RESOURCES THAT MEET CRITERIA BEING SOUGHT FOR SUBJECT.
WRITER WILL CONTINUE TO SEEK STATED RESIDENCES AND ADVISE WHEN LOCATED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/11/2017 12:00PM LETTER FROM OTHER
EMAIL FROM ORC LANDOL RPEORTING THAT THERE ARE NO NEW PROPOSED RESIDENCES ADN N
O NEW DEVELOPMENTS
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/11/2017 10:15AM LETTER TO OTHER
EMAIL TO RE ENTRY DORSEY ASKING FOR ANY SARA COMPLIANT HOUSING OPTIONS
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
09/11/2017 10:15AM LETTER TO OTHER
EMAIL TO ORC LANDOL ASKING FOR ANY NEW PROPSED RESIDENCES OR ANY NEW DEVELOPMEN
TS
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: GRESHAM,LUNIDA
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
08/08/2017 10:34AM OTHER WORK
MR. DEPALO FROM ARCHCARE EMAILED THIS WRITER..I/M SCORED TOO LOW ON
THE PRI FOR THE SKILLED NURSING HOME AT HIS FACILITY.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/31/2017 09:00AM LETTER TO OTHER
EMAIL BACK TO ORC LANDOL ADVISING THAT P'S PRPOSING A DIFFERENT APARTMENT NUMBE
R IN A BUILDING THAT HAS ALREADY BEEN FOUND TO BE NOT SARA COMPLIANT, WILL ALSO
 BE SARA NON COMPLIANT. APRTMENT NUMBER NOT RELEVEANT,   LOCATION OF BUILDING
DETERMINES SARA COMPLIANCE
SPO REVIEW: NONE
--------------------------------------------------------------------------------
```

Case 1:19-cv-03567-LGS   Document 9-6   Filed 04/24/19   Page 12 of 23

```
   NAME: SANCHEZ,SAMUEL                      AREA: MANHATTAN VI
   NYSID: 04935660N                      SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                           PO NAME: FITZPATRICK,PAUL


 DATE      TIME   TYPE                   ACTIVITY        LOCATION
```

```
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/28/2017 10:35AM OTHER WORK            FIELD ALERT!    PRISON/JAIL
CONTACT ADDRESS: FCF
E-MAILED ASSIGNED FIELD PO ABOUT POSSIBLY SUBMITTING NEW APARTMENT AT PREVIOUS-
LY REJECTED ADDRESS.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/21/2017 04:45PM LETTER FROM OTHER
EMAIL FROM FACILITY SOCIAL WORKER GRESHAM REPORTING THAT SHE HAS PROVIDED ALL R
EQUESTED DOCUMENTATION TO ARCHCARE NURSING HOME PROPOSED RESIDENCE AND NOW AWAI
TING THIER RESPONSE WHETHER THEY WILL ACCEPT P OR NOT.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/20/2017 12:45PM LETTER FROM OTHER
EMAIL FROM FACILITY ORC.   P IS REFUSING ANY PROPOSED RESIDENCE OTHER THAN AMST
ERDAM, NY WHERE HIS FAIMLY RESIDES NEARBY.   SOCIAL WORKER STILL WORKING ON DEV
ELOPING A PLACEMENT.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/20/2017 11:15AM LETTER TO OTHER
EMAIL TO FACILITY ORC AND SOCIAL WORKER ASKING IF THE NURSING HOME PROPOSED RER
SIDENCE HAS RESPONDED TO P'S APPLICATION.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: GRESHAM,LUNIDA
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/14/2017 12:54PM OTHER WORK
THIS WRITER RECIEVED NOTICE THAT ARCHCARE HAS AN AVAILBALE BED FOR A SKILLED
NURSING HOME. FAXED AN UPDATED COMP. MEDICAL SUMMARY, SCREEN, THE
CURRENT TWO WEEKS OF PHYSICAL AND MEDICAL PHYSICAN NOTES AND OTHER RELATED
CONSULTS X-RAYS, ETC.THE DIRECTOR STATED HE DID NOT CARE ABOUT THE CRIME
INTERESTED IN MEDICAL HEALTH; FACILITY IS SARA COMPLAINT.

INMATE REPORTED TO NURSE TAYLORAUSTIN HE WILL GO TO ARCHCARE AS LONG AS
NOT IN NYC. HE WANTS TO GO WITH AIDA RIVERA ( THE WIFE/GIRLFRIEND OF THE COUSIN
LOCATED AT ███████████ STREET AMSTERDAM NY 12010 ███████
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI   SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
07/07/2017 11:57AM CASE CONFERENCE
CC; PO WILL MONITOR RELEASE COMMUNITY PREP STATUS PO HAS CONTACTED THE FACILITY
NO NEW DEVELOPMENTS. HE WILL CONTINUE TO COMMUNICATE WITH FACILITY FOR HOUSING
OPTIONS
SPO REVIEW: 07/07/2017
------------------------------------------------------------------------------
```

```
 NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
 NYSID: 04935660N                          SPO NAME: KENNEDY,JACQUELINE
    DIN: 91A5961                            PO NAME: FITZPATRICK,PAUL
```

DATE ____ TIME ___ TYPE _____ ACTIVITY _____ LOCATION ____

ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/22/2017 10:00AM LETTER FROM OTHER
EMAIL FROM ORC LANDOL REPORTING THAT HE HAS A NURSING HOME PROPOSED RESIDENCE T
HAT FACILITY STAFF HAVE NOT CHECKED OUT YET BUT WILL ENTER IT CMS SO WRITER CAN
VIEW IT AND FOLLOW UP ON IT
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/19/2017 01:30PM TELEPHONE TO OTHER
████████████      CALL TO SORC HEDDY AT FISKILL CF.    SPOKE WITH OFFICE ASSITANT E
ILEEN WHO RPEORTS THAT ORC LANDOL IS PROBABLY IN THE RMU AT THIS TIME.    SHE RE
PORTS THAT P IS ON MEDICAL HOLD, AND THAT HE IS SCHEDULED FOR A PAROLE HEARING
IN OCTOBER 2017 BUT SHE CANNOT ACCESS ANY OTHER INFO, BUT SHE WILL HAVE ORC LAN
DOL CALL PO WITH FURTHER DETAILS
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/19/2017 01:30PM TELEPHONE TO OTHER
████████████, DIRECT LINE TO OFFICE OF ORC LANDOL.   NO ANSWER

████████████, DIRECT LINE TO OTHER OFFICE OF ORC LANDOL.   NO ANSWER
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/19/2017 12:45PM TELEPHONE TO OTHER
████████████      CALLED FISHKILL CF.   NO ANSWER
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/19/2017 12:15PM LETTER TO OTHER
EMAIL TO ORC LANDOL ASKING FOR UPDATE ON ANY NEW PROPOSED RESIDENCES AND ANY NE
W INFO ON PROPOSED RELEASE DATE
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: HUFF,LINDA L
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/12/2017 04:30PM RE-ENTRY SERVICES UNIT      RSU-OTHER
AS PER RECM MILLER REQUEST A REVIEW OF THIS CASE THAT WAS ORIGINALLY REFERRED T
O REENTRY ON 3/21/17. COMPREHENSIVE MEDICAL SUMMARY FROM 3-16-17.
REENTRY WILL REQUEST A COPY OF THE PRI FOR THIS CASE.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
06/05/2017 12:02PM CASE CONFERENCE
CC: SUBJECT IN COMMUNITY PREP STATUS
SPO REVIEW: 06/05/2017
----------------------------------------------------------------------------
```

```
 NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
 NYSID: 04935660N                          SPO NAME: KENNEDY,JACQUELINE
 DIN: 91A5961                               PO NAME: FITZPATRICK,PAUL


DATE      TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
05/18/2017 04:25PM CASE CONFERENCE
CC: CASE IN COMMUNITY PREP STAUS
SPO REVIEW: 05/18/2017
------------------------------------------------------------------------------
ENTERED BY: JOHNSONRICHARDSON,LYNN C
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
04/26/2017 03:32PM CASE CONFERENCE
CC: P IN COMMUNITY PREP STATUS
SPO REVIEW: 04/26/2017
------------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
04/25/2017 01:45PM FACILITY INTERVIEW        INTERVIEW/OTHER   PRISON/JAIL
CONTACT ADDRESS: FCF
DELIVERED PAROLE BOARD DECISION TO INMATE THIS DAY.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: WILBUR,FRANCINE C
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
04/14/2017 12:00PM LETTER TO PAROLEE
SENT INMATE COMPAS
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
03/22/2017 12:30PM SUPERVISION PLAN
P TO MAKE WEEKLY OFFICE REPORTS, ATTEND COUNSELING PROGRAMS AS SCHEDULED, RANDO
M DRUG TESTING, CURFEW 8PM TO 7AM, COMPLY WITH BOARD IMPOSED SARA CONDITIONS.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
03/22/2017 12:30PM REPORTING INSTRUCTIONS
P TO REPORT TO MANHATTAN 6 OFFICE LOCATWED AT 314 WEST 40 STREET, MANHATTAN WIT
HIN 24 HOURS OF RLEASE AND WEEKLY THEREAFTER.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: JOHNSON-RICHARDSON,LPO NAME: FITZPATRICK,PAUL
03/22/2017 11:38AM CASE CONFERENCE
CC W/SPO RICHARDSON: P IS IN COMMUNTIY PREP STATUS AND IS OVERDUE AS OF 3/11/17
PO WILL UPDATE CMS AND INFORM SPO FOR APPROVAL
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/16/2017 11:15AM LETTER TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------

```
  NAME: SANCHEZ,SAMUEL                       AREA: MANHATTAN VI
  NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                           PO NAME: FITZPATRICK,PAUL


 DATE     TIME   TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/16/2017 08:00AM LETTER FROM OTHER        LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/15/2017 03:30PM TELEPHONE TO OTHER
SPO RECEIVED PHONE CALL FROM AL HEITZER CELL#▮▮▮▮▮▮▮▮. HE INDICATED THAT TH
E PAROLEE HAS SERIOUS MEDICAL PROBLEMS AND WILL BE UNABLE TO SURVIVE AT WARDS
ISLAND SHELTER. HE STATED THAT HE HAS SUFFERED A STROKE AND IS ON WHEELCHAIR.
HE STATED THAT THE SUBJECT WILL NEED SPECIAL HOUSING.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/15/2017 03:15PM LETTER TO OTHER          LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/15/2017 03:15PM CASE CONFERENCE
WITH SPO PAREDES.  P HAS SOME SORT OF MEDICAL ISSUES THAT WILL PREVENT HIM FRO
M BEING PLACED AT THE WARDS ISLAND SHELTER.  CONTACT THE FACILITY TO FIND OUT
WHAT HIS NEEDS/LIMITAIONS ARE.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/15/2017 03:00PM LETTER FROM OTHER        LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/15/2017 03:00PM LETTER TO OTHER          LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/13/2017 06:30PM LETTER TO OTHER          LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------

CMSCHRON* * *     NEW YORK STATE - DOCCS          DATE: 12/04/2018
                COMMUNITY SUPERVISION              PAGE:   16
                PAROLEE CHRONO REPORT
             FROM 01/01/1999 THRU 12/04/2018

   NAME: SANCHEZ,SAMUEL                    AREA: MANHATTAN VI
   NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                            PO NAME: FITZPATRICK,PAUL


   DATE      TIME    TYPE                    ACTIVITY        LOCATION

ENTERED BY:
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
03/09/2017 02:35PM OTHER WORK        ADDRESS PROPOSED  PRISON/JAIL
CONTACT ADDRESS: FCF
ENTERED PROPOSED ADDRESS INTO CMS, AND E-MAILED PO FITZPATRICK TO ADVISE
THAT INMATE WISHES TO RELOCATE AND OF SORA CONDITIONS.
SPO REVIEW: NONE
-------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
02/22/2017 09:20AM OTHER WORK        DV ALERT!       PRISON/JAIL
CONTACT ADDRESS: FCF
ENTERED DV ALERT DUE TO PAST CONVICTION FOR ATT. RAPE 1 WHERE VICTIM WAS
INMATES COUSIN AND INMATE WAS RESIDING IN SAME HOME AT TIME OF THE OFFENSE.
SPO REVIEW: NONE
-------------------------------------------------------------------------
ENTERED BY: ARROYO,JACQUELINE
AREA: MANHATTAN VI    SPO NAME: PO,UNK MERCEDES    PO NAME: FITZPATRICK,PAUL
02/14/2017 03:00PM LETTER TO OTHER                 PRISON/JAIL
CONTACT ADDRESS: FISHKILL
THE SUBJECT'S RELEASE DATE HAS BEEN CHANGED TO REFLECT HIS UPCOMING CR DATE
OF 3/21/17.  THE SUBJECT PREVIOUSLY HAD AN OPEN DATE OF 5/31/16.  THE SUBJECT'S
RELEASE HAS BEEN ON HOLD FOR A SARA COMPLIANT RESIDENCE (SOH220) WHICH WILL
REMAIN IN EFFECT.  EMAIL TO PO ADVISING OF THE ABOVE.
SPO REVIEW: NONE
-------------------------------------------------------------------------
ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
12/12/2016 09:00AM CASE CONFERENCE
SUBJECT REMAINS IN RTF NO NEW ADDRESSES PROPOSED
SPO REVIEW: 12/13/2016
-------------------------------------------------------------------------
ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
11/23/2016 12:00PM CASE CONFERENCE                 AREA OFFICE
CONTACT ADDRESS: 314 WEST 40TH STREET NY, NY 10018
SUBJECT REMAINS IN RTF NO NEW ADDRESSES PROPOSED
SPO REVIEW: 11/25/2016
-------------------------------------------------------------------------
ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
10/28/2016 03:44PM CASE CONFERENCE
SUBJECT HAS A PROPOSAL FOR SARA COMPLAINT HOUSING BUT MUST WAIT ON LINE FOR WAR
DS ISLAND HOUSING
SPO REVIEW: 10/28/2016
-------------------------------------------------------------------------

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *      DATE: 12/04/2018
                   COMMUNITY SUPERVISION                  PAGE:    17
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 12/04/2018
```

```
  NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
  NYSID: 04935660N                         SPO NAME: KENNEDY,JACQUELINE
    DIN: 91A5961                            PO NAME: FITZPATRICK,PAUL
```

DATE____TIME__TYPE_____ACTIVITY_____LOCATION____

```
ENTERED BY: COSMAN,MELISSA L
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
10/24/2016 08:55AM OTHER WORK
BD DECISION ENTERED
SPO REVIEW: NONE
```
--------------------------------------------------------------------------------
```
ENTERED BY: WILBUR,FRANCINE C
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
10/13/2016 10:25AM LETTER TO PAROLEE
SENT PBR AND COMPAS TO INMATE
SPO REVIEW: NONE
```
--------------------------------------------------------------------------------
```
ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
09/27/2016 10:18AM CASE CONFERENCE
RTF NO SARA COMPLIANT ADDRESSES PROPOSED
SPO REVIEW: 09/27/2016
```
--------------------------------------------------------------------------------
```
ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
08/19/2016 02:02PM CASE CONFERENCE
SUBJECT IS IN RTF  AWAITNG SARA COMPLIANT HOUSIG
SPO REVIEW: 08/19/2016
```
--------------------------------------------------------------------------------
```
ENTERED BY:
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
08/11/2016 04:00AM COMPAS ASM'T COMPLETED
SCREENER: LANDOL, JAMES
LOCATION: FISHKILL CF
SPO REVIEW: 08/19/2016
```
--------------------------------------------------------------------------------
```
ENTERED BY:
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
08/10/2016 10:20AM COMPAS ASM'T COMPLETED   INTERVIEW/PRE-BO  PRISON/JAIL
CONTACT ADDRESS: FCF
MET WITH INMATE IN ORDER TO COMPLETE THE INTERVIEW FOR THE ISR, AND THE
COMPAS ASM'T.
SPO REVIEW: NONE
```
--------------------------------------------------------------------------------
```
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN     PO NAME: FITZPATRICK,PAUL
08/01/2016 12:15PM TELEPHONE FROM OTHER
CALL FROM P'S COUSIN AIDA RIVERA ▓▓▓▓▓▓ REPORTING THAT P HAS FAMILY IN AM
STERDAM, NY AREA BUT HEY DO NOT HAVE ANY RESIDENC ETO PROPSE FOR P AT THIS TIME
.   WRITER ASKED MS. RIVERA TO CALL WRITER BACK WITH ANY PROPOSED RESIDENCE THA
T THE FAMILY MAY COME UP WITH.   MS RIVERA ALSO RPEORTS THAT P IS CONFINED TO A
 WHEEELCHAIR
SPO REVIEW: NONE
```
--------------------------------------------------------------------------------

CMSCHRON* * *     NEW YORK STATE - DOCCS     * * *     DATE: 12/04/2018
                    COMMUNITY SUPERVISION                 PAGE:   18
                   PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 12/04/2018

 NAME: SANCHEZ,SAMUEL                        AREA: MANHATTAN VI
 NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
 DIN: 91A5961                             PO NAME: FITZPATRICK,PAUL

DATE      TIME    TYPE                      ACTIVITY       LOCATION

ENTERED BY: COHEN,ALAN D
AREA: MANHATTAN VI   SPO NAME: COHEN,ALAN        PO NAME: FITZPATRICK,PAUL
REPORT TAKEN BY: COHEN,ALAN
07/28/2016 03:00PM CASE CONFERENCE
RTF CASE NO PROPOSED SARA COMPLIANT ADDRESSES
SPO REVIEW: 07/29/2016
----------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: COHEN,ALAN        PO NAME: FITZPATRICK,PAUL
07/20/2016 02:20PM FACILITY INTERVIEW     FIELD ALERT!     PRISON/JAIL
CONTACT ADDRESS: FCF
WHILE CONDUCTING ROUNDS ON RMU/LTC INMATE STATED THAT IF REQUIRED TO RETURN
TO NYC, HE WOULD NOT BE"RESPONSIBLE FOR ANY OF US BEING HURT" DUE TO HIS
HAVING ENEMIES IN NYC. HE FURTHER STATED THAT HE WOULD BE FORCED TO "CARRY"
IN ORDER TO PROTECT HIMSELF. THIS WAS IN RESPONSE TO INMATE WANTING TO
RELOCATE TO AMSTERDAM AREA.
SPO REVIEW: 07/21/2016
----------------------------------------------------------------------------
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: COHEN,ALAN        PO NAME: FITZPATRICK,PAUL
07/05/2016 12:20PM OTHER WORK             FIELD ALERT!     PRISON/JAIL
                                          MEDICAL ALERT!
                                          RE-ENTRY
CONTACT ADDRESS: FCF
E-MAILED NEW ASSIGNED PO AT MANHATTAN VI VIS-A-VIS SITUATION REGARDING INMATE
NOT WISHING TO GO BACK TO NYC. ALSO NOTE: INMATE CANNOT RESIDE IN A SHELTER
FOR MEDICAL REASONS. HE IS AN RMU/ LTC PATIENT, WHO IS NOT AMBULATORY WITH
OTHER MEDICAL NEEDS.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: COHEN,ALAN        PO NAME: FITZPATRICK,PAUL
06/30/2016 09:45AM SUPERVISION PLAN
UPON RELEASE, P IS TO REPORT TO PO FITZPATRICK OR DUTY OFFICER AT MANHATTAN 6 L
OCAYED AT 314 WEST 40 STREET WITHIN 24 HOURS.   P IS TO REGISTER FOR A SHELTER
PLACEMENT AT THE BELLEVUE SHELTER LOCATED AT 400 EAST 30 STREET, NYC.  P TO PRO
VISE PAROLE WITH DOCUMENTATION OF REGISTRATION IN SHELTER SYSTEM.   P TO BE REF
ERRED TO THE NYCATS OUTPATIENT PROGRAM FOR SEX OFFENDER, AND SUBSTANCE ABUSE TR
EATMENT AT 598 BROADWAY, NYC.   P TO RPERT TO NYPD SOMU AT 100 CENTRE STRET, 14
TH FLOOR WITH DOCUMENTATION OF SHELTER RESIDENCE WITHIN 10 DAYS OF RELEASE.  C
URFEW 7PM TO 7AM DAILY.  ALL SO AND SARA CONDITIONS TO BE COMPLIED WITH.   P TO
 MAKE WEEKLY OFFICE RPEORTS THURSDAY AT 9AM AT 314 WEST 40 STREET
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: FITZPATRICK,PAUL J
AREA: MANHATTAN VI   SPO NAME: COHEN,ALAN        PO NAME: FITZPATRICK,PAUL
06/30/2016 09:00AM OTHER WORK
REVIEW OF CMS OF THIS NEWLY ASSIGNED CASE.   THE ONLY ADDRESS IN THE RESIDENCE
SCREEN IS A AMSTERDAM, NY ADDRESS THAT HAS BEEN REJECTED.  WRITER CAN ONLY ASSU
ME THAT THIS IS AN UNDOMICILED CASE TO BE REFERED THROUGH BELLEVUE SHELTER, AS
THE COMM PREP FOLDER ALSO HAS NO INFORMATION ON THE SUBJECT
SPO REVIEW: NONE
----------------------------------------------------------------------------

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *      DATE: 12/04/2018
                   COMMUNITY SUPERVISION                   PAGE:     19
                   PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 12/04/2018


   NAME: SANCHEZ,SAMUEL                      AREA: MANHATTAN VI
   NYSID: 04935660N                     SPO NAME: KENNEDY,JACQUELINE
     DIN: 91A5961                        PO NAME: FITZPATRICK,PAUL


 DATE        TIME   TYPE                      ACTIVITY        LOCATION


 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/28/2016 02:10PM FOIL CLOSED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/28/2016 01:00PM FOIL REQUESTED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: FITZPATRICK,PAUL J
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/28/2016 08:00AM OTHER WORK
 COMM PREP FOLDER RECEIVED    VERY LITTLE DOCUMENTATION IN FOLDER.
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/23/2016 10:31AM FOIL CLOSED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/23/2016 10:00AM FOIL REQUESTED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/20/2016 12:50PM FOIL CLOSED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: LOSI,KATHLEEN M
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 06/20/2016 12:30PM FOIL REQUESTED
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 --------------------------------------------------------------------------
 ENTERED BY: COHEN,ALAN D
 AREA: MANHATTAN VI    SPO NAME: COHEN,ALAN      PO NAME: FITZPATRICK,PAUL
 REPORT TAKEN BY: COHEN,ALAN
 06/17/2016 10:20AM CASE CONFERENCE
 SUBJECT IS AN RTF CASE NO NEW SARA COMPLIANT ADDRESSES HAVE BEEN PROPOSED
 SPO REVIEW: 06/20/2016
 --------------------------------------------------------------------------
```

ENTERED BY:
AREA: NORTHEAST        SPO NAME: TABONE,SHARON        PO NAME: HOBB,MICHAEL
06/10/2016 12:44PM OTHER WORK                  FIELD ALERT!        PRISON/JAIL
                                               MEDICAL ALERT!
                                               RE-ENTRY
CONTACT ADDRESS: FCF
CONTACTED FIELD PO BY E-MAIL REQUESTING ASSISTANCE FROM THE AREA RE-ENTRY
OFFICE IN FINDING HOUSING FOR THE INMATE, WHO WAS GRANTED MEDICAL PAROLE.
SPO REVIEW: NONE
---------------------------------------------------------------------------

CMSCHRON* * * NEW YORK STATE - DOCCS * * * DATE: 12/04/2018
COMMUNITY SUPERVISION                          PAGE:    20
PAROLEE CHRONO REPORT
FROM 01/01/1999 THRU 12/04/2018

NAME: SANCHEZ,SAMUEL                    AREA: MANHATTAN VI
NYSID: 04935660N                        SPO NAME: KENNEDY,JACQUELINE
DIN: 91A5961                            PO NAME: FITZPATRICK,PAUL

DATE      TIME    TYPE                        ACTIVITY        LOCATION

ENTERED BY:
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
06/06/2016 02:30PM FACILITY INTERVIEW        INTERVIEW FOR AD  PRISON/JAIL
                                             FIELD ALERT!
CONTACT ADDRESS: FCF
MET WITH INMATE TO DISCUSS POTENTIAL ADDRESSES. INMATE CLAIMS HE CANNOT BE
PAROLED BACK TO NEW YORK CITY DUE TO HAVING ENEMIES (COLUMBIAN DRUG DEALORS),
WHO HE STOLE FROM. FURTHER CLAIMS HIS LIFE WOULD BE IN DANGER.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: HOBB,MICHAEL A
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
05/31/2016 10:00AM CASE CONFERENCE
MET WITH SPO TABONE. NO MOVEMENT ON THE TRANSFER REQUEST TO NY CITY AREA OFFICE
AFTER MY PHONE CALL TO SPO COLEMAN. SPO TABONE TO GET CASE TRANSFERED BACK TO
PROPER NYC AREA OFFICE.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: HOBB,MICHAEL A
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
05/19/2016 12:57PM TELEPHONE TO OTHER
SPOKE WITH SPO COLEMAN OF THE NE BUREAU. INFORMED OF THE REJECTION OF THE
PROPOSED ADDRESS AND THE FACT THAT THE PREP NEEDS TO BE ASSIGNED BACK TO
COUNTY OF COMMITTMENT AND LAST KNOWN ADDRESS OF NYC.
SPO REVIEW: 05/19/2016
----------------------------------------------------------------------
ENTERED BY: HOBB,MICHAEL A
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
05/19/2016 12:41PM CIRIS WEB INQUIRY         ADDRESS REJECTED
LOOKUP OF ███████████████ IN AMSTERDAM. REJECTED. FALLS WITHIN THE PROPERTY
OF ███████████ ACADEMY IN AMSTERDAM. WILL RETURN CASE TO COUNTY OF
COMMITTMENT. NYC.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: HOBB,MICHAEL A
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
05/19/2016 12:15PM LETTER FROM OTHER
EMAIL FROM SOMU THAT PAROLEE DID NOT MEET THE CRITERIA OF ARTICLE 10. THEREFOR
HE IS BEING RELEASED ON 5/31/16.
SPO REVIEW: 06/01/2016
----------------------------------------------------------------------
ENTERED BY: TABONE,SHARON
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
05/12/2016 10:00AM CASE CONFERENCE
  CP DONE
SPO REVIEW: 05/12/2016
----------------------------------------------------------------------
ENTERED BY: TABONE,SHARON
AREA: NORTHEAST      SPO NAME: TABONE,SHARON      PO NAME: HOBB,MICHAEL
04/28/2016 10:30AM CASE CONFERENCE
  CP PENDING
SPO REVIEW: 04/28/2016
----------------------------------------------------------------------

```
  NAME: SANCHEZ,SAMUEL                          AREA: MANHATTAN VI
  NYSID: 04935660N                          SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                             PO NAME: FITZPATRICK,PAUL


 DATE      TIME   TYPE                      ACTIVITY         LOCATION


 ENTERED BY:
 AREA: NORTHEAST      SPO NAME: AREA SUPERVISOR   PO NAME: AREA SUPERVISOR
 04/20/2016 08:38AM OTHER WORK          ADDRESS PROPOSED  PRISON/JAIL
                                        FIELD ALERT!
                                        MEDICAL ALERT!
 CONTACT ADDRESS: FCF
 ENTERED PROPOSED ADDRESS INTO CMS. NOTE: INMATE HAS SODOMY 1 CONVICTION:
 HAS SOH 220 HOUSING CONDITION. MEDICAL ALERT:INMATE IS RMU/LTC PATIENT, WHO
 IS NOT AMBULATORY.
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY: WILBUR,FRANCINE C
 AREA:              SPO NAME:                 PO NAME:
 04/15/2016 10:20AM OTHER WORK
 BOARD DECISION ENTERED AND SENT TO INMATE
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY: ARROYO,JACQUELINE
 AREA:              SPO NAME:                 PO NAME:
 04/08/2016 11:40AM LETTER TO PAROLEE                      PRISON/JAIL
 CONTACT ADDRESS: FISHKILL
 BOARD READY; COPY OF PBR TO I/M
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY:
 AREA:              SPO NAME:                 PO NAME:
 03/18/2016 02:20PM FACILITY INTERVIEW    INTERVIEW/PRE-BO  PRISON/JAIL
 CONTACT ADDRESS: FCF
 MET WITH INMATE IN ORDER TO CONDUCT INTERVIEW FOR MEDICAL PAROLE/ FULL BOARD
 CASE REVIEW CONSIDERATION.
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY:
 AREA:              SPO NAME:                 PO NAME:
 08/25/2015 04:01AM COMPAS ASM'T COMPLETED
 SCREENER: FLACK, ZACHARY
 LOCATION: MOHAWK CF
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY:
 AREA:              SPO NAME:                 PO NAME:
 11/13/2013 04:02AM COMPAS ASM'T COMPLETED
 SCREENER: FLACK, ZACHARY
 LOCATION: MOHAWK CF
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
 ENTERED BY: ARMSTRONG,JENNIFER A
 AREA:              SPO NAME:                 PO NAME:
 08/31/2011 11:50AM OTHER WORK                             PRISON/JAIL
 CONTACT ADDRESS: FISHKILL CF
 9/11 ISR REAP REVIEWED.
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
```

 NAME: SANCHEZ,SAMUEL                       AREA: MANHATTAN VI
 NYSID: 04935660N                      SPO NAME: KENNEDY,JACQUELINE
   DIN: 91A5961                         PO NAME: FITZPATRICK,PAUL


DATE       TIME    TYPE                     ACTIVITY          LOCATION

ENTERED BY: SCOTT,HEATHER A
AREA:             SPO NAME:                   PO NAME:
11/10/2009 01:55PM FOIL CLOSED                         PRISON/JAIL
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------
ENTERED BY: SCOTT,HEATHER A
AREA:             SPO NAME:                   PO NAME:
11/10/2009 01:50PM FOIL REQUESTED                      PRISON/JAIL
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------
ENTERED BY: ARMSTRONG,JENNIFER A
AREA:             SPO NAME:                   PO NAME:
08/06/2009 02:30PM OTHER WORK                          PRISON/JAIL
CONTACT ADDRESS: FISHKILL CF
9/09 COMPLETED ISR REAP REVIEWED.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: ARMSTRONG,JENNIFER A
AREA:             SPO NAME:                   PO NAME:
08/04/2009 04:10PM OTHER WORK                          PRISON/JAIL
CONTACT ADDRESS: FISHKILL CF
9/09 REAP ISR REVIEWED. CASE GIVEN BACK TO TYPING.
SPO REVIEW: NONE
--------------------------------------------------------------------------


                    * * * END OF REPORT * * *