UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL SANCHEZ,
                                       Plaintiff,

                  -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,
                                  Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2019

19 Civ. 03567 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, for the reasons stated on the record at the July 29, 2019, conference. It is hereby

**ORDERED** that Plaintiff's motion for a preliminary injunction is GRANTED to the extent that Defendant Amsterdam Housing Authority ("AHA") is directed to add Plaintiff to his cousin's lease.  Plaintiff is directed to provide AHA with any necessary documentation or information to effectuate this order.

**ORDERED** that by **August 2, 2019**, the Parties shall file a joint letter on ECF proposing next steps.

Dated: July 29, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE