USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL SANCHEZ,
                                     Plaintiff,

                -against-                    19 Civ. 03567 (LGS)

NEW YORK STATE DEPARTMENT OF      ORDER
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,
                                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 31, 2019, Defendants New York State Department of Corrections and Community Supervision, Mr. Anthony J. Annucci, New York State Department of Health and Dr. Howard A. Zucker (collectively, the "State Defendants") filed a motion to dismiss (Dkt. No. 55), and Defendants the City of New York, Steven Banks and Joslyn Carter (collectively, the "City Defendants") filed a motion to dismiss (Dkt. No. 59);

       WHEREAS, on July 29, 2019, Plaintiff's motion for a preliminary injunction, directing Defendant Amsterdam Housing Authority ("AHA") to add Plaintiff to his cousin's lease, was granted (Dkt. No. 89);

       WHEREAS, on August 2, 2019, Defendant AHA filed notice of interlocutory appeal (Dkt. No. 92);

       WHEREAS, on August 5, 2019, the Court denied the U.S. Department of Housing and Urban Development's motion to intervene (*see* Dkt. No. 91), based on lack of jurisdiction (Dkt. No. 95). The August 5, 2019, Order also stayed all other claims not addressed by the preliminary injunction, pending appeal of the injunction (Dkt. No. 95 at 3/3). It is hereby

       **ORDERED** that, in light of Defendant's AHA's pending appeal, the State Defendants and City Defendants' motions to dismiss are DENIED, without prejudice to renewal after a

decision by the Court of Appeals.

The Clerk of Court is respectfully directed to close the open motions at Dkt. Nos. 55 and 59.

Dated: February 13, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**