USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMUEL SANCHEZ,
                           Plaintiff,

           -against-                      19 Civ. 03567 (LGS)

NEW YORK STATE DEPARTMENT OF      ORDER
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,
                         Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that for the same reasons stated in the February 13, 2020, Order, Defendants Amsterdam Housing Authority ("AHA") and Michael Dayian's motion to dismiss is DENIED (Dkt. No. 83), without prejudice to renewal after a decision by the Court of Appeals in AHA's interlocutory appeal of Plaintiff's preliminary injunction (Dkt. No. 92).

The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 83.

Dated: March 3, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE