```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   SAMUEL SANCHEZ,                          :
                           Plaintiff,       :
                                            :
                -against-                   :    19 Civ. 03567 (LGS)
                                            :
   NEW YORK STATE DEPARTMENT OF             :    ORDER
   CORRECTIONS AND COMMUNITY                :
   SUPERVISION, et al.,                     :
                           Defendants.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 15, 2020, Nicole Geoglis, counsel for Plaintiff, filed a suggestion of death pursuant to Federal Rule 25(a)(1), stating that Plaintiff had died on or around April 8, 2020 (Dkt. No. 146);

WHEREAS, on April 23, 2020, the Second Circuit issued a mandate as to Defendants Amsterdam Housing Authority and Michael Dayian's interlocutory appeal (*see* Dkt. Nos. 92-93), granting the unopposed motion to dismiss the appeal, vacate the interlocutory order and remanding with instructions to dismiss the underlying action as against Defendant Housing Authority (Dkt. No. 148).  It is hereby

**ORDERED** that this action is dismissed as against Defendants Amsterdam Housing Authority and Michael Dayian.  It is further

**ORDERED** that Plaintiff's counsel and the remaining Defendants shall file a letter, no later than **April 29, 2020**, with proposed next steps for the case.

Dated: April 24, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**